UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| PETER QUINN ELVIK,<br>#49405<br><br>    Plaintiff,<br><br>vs.<br><br>STATE OF NEVADA, *et al.*,<br><br>    Defendants. | 3:10-cv-00312-RCJ-VPC<br><br>**ORDER** |

On August 24, 2010, the court issued an Order directing plaintiff to file an amended complaint, if he chose, within thirty (30) days, and if not, allowing plaintiff's complaint to proceed on certain claims (docket #7). Plaintiff's amended complaint, if any, was due on September 24, 2010. Plaintiff has not responded to the court's Order in any manner. Accordingly, plaintiff's complaint will proceed in conformance with that Order (docket #7).

**IT IS THEREFORE ORDERED** that this action shall proceed in conformance with the court's Order dated August 24, 2010 (docket #7).

**IT IS FURTHER ORDERED** that defendant(s) shall file and serve an answer or other response to the complaint within **thirty (30) days** following the date of the early inmate mediation. If the court declines to mediate this case, an answer or other response shall be due within **thirty (30) days**

following the order declining mediation.

**IT IS FURTHER ORDERED** that the parties **SHALL DETACH, COMPLETE, AND FILE** the attached Notice of Intent to Proceed with Mediation form on or before **thirty (30) days** from the date of entry of this order.

DATED this 2nd day of November, 2010.

_____
UNITED STATES MAGISTRATE JUDGE

2

Name

Prison Number

Address

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

_____,  )   Case No. _____
           Plaintiff,    )
                         )
v.                       )   **NOTICE OF INTENT TO**
                         )   **PROCEED WITH MEDIATION**
_____    )
                         )
_____    )
         Defendants.     )
                         )

      This case may be referred to the District of Nevada's early inmate mediation program. The purpose of this notice is to assess the suitability of this case for mediation. Mediation is a process by which the parties meet with an impartial court-appointed mediator in an effort to bring about an expedient resolution that is satisfactory to all parties.

1.    Do you wish to proceed to early mediation in this case? ____ Yes ____ No

2.    If no, please state the reason(s) you do not wish to proceed with mediation? _____

_____

_____

3.    List any and all cases, including the case number, that plaintiff has filed in federal or state court in the last five years and the nature of each case. (Attach additional pages if needed).

_____

_____

_____

3

4. List any and all cases, including the case number, that are currently pending or any pending grievances concerning issues or claims raised in this case. (Attach additional pages if needed).

_____

_____

_____

_____

5. Are there any other comments you would like to express to the court about whether this case is suitable for mediation. You may include a brief statement as to why you believe this case is suitable for mediation. (Attach additional pages if needed).

_____

_____

_____

_____

**This form shall be filed with the Clerk of the Court on or before thirty (30) days from the date of this order.**

<u>Counsel for defendants</u>: By signing this form you are certifying to the court that you have consulted with a representative of the Nevada Department of Corrections concerning participation in mediation.

Dated this _____ day of _____, 20____.

_____
Signature

_____
Name of person who prepared or
helped prepare this document