## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | | |
|---|---|---|
| PETER ELVIK, | ) | 3:10-CV-0312-RCJ (VPC) |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | January 13, 2011 |
| | ) | |
| THE STATE OF NEVADA, et al., | ) | |
| | ) | |
| Defendants. | ) | |

PRESENT:   THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   LISA MANN   REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Defendants' motion for stay of pleadings schedule (#3) is **GRANTED** *nunc pro tunc*. The pleadings schedule shall proceed in accordance with the court's order (#9).  An answer or other response to the complaint shall be due within thirty (30) days following the date of the early mediation.

   IT IS SO ORDERED.

                                         LANCE S. WILSON, CLERK

                              By:   /s/
                                         Deputy Clerk